FILED

OCT - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
VAN MARCH,                        )
                                  )
         Petitioner,              )
                                  )
    v.                            )   Civil Action No. 06 1726
                                  )
DISTRICT OF COLUMBIA              )
BOARD OF PAROLE,                  )
                                  )
         Respondent.              )
```

### TRANSFER ORDER

This matter comes before the Court on review of a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion to proceed *in forma pauperis*. Petitioner is incarcerated at the Federal Correctional Institution in Cumberland, Maryland.

Habeas corpus jurisdiction resides only in the district court where the prisoner is incarcerated *Rumsfeld v. Padilla*, 542 U.S. 426, 433 (2004). The warden where the petitioner resides is the custodian for purposes of habeas jurisdiction. *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1238 (D.C. Cir. 2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998). Accordingly, it is

**ORDERED** that the case is **TRANSFERRED** to the United States District Court for the District of Maryland. Whether petitioner should be permitted to proceed *in forma pauperis* is a matter to be decided by the transferee court.

DATE: 12 Sept 2006

_____
United States District Judge